UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DER SECURITY CORP,<br><br>Plaintiff,<br><br>v.<br><br>ENETRICS LLC, et al.,<br><br>Defendants. | Case No.  25-cv-00764-VC<br><br>**ORDER REQUESTING SUPPLEMENTAL LETTER BRIEFS**<br><br>Re: Dkt. No. 51 |

The defendants' arguments that (1) the plaintiff has not pled the allegedly misappropriated trade secrets with sufficient specificity and (2) the plaintiff does not differentiate between trade secrets and patent protections will be rejected in a written order to follow. As to the defendants' argument that California law, not Delaware law, should apply: Why does the Court need to decide at the motion-to-dismiss stage whether California's or Delaware's trade secret statute applies? Would it change anything that happens between now and summary judgment? The parties are ordered to submit letter briefs not to exceed 2 pages on this issue. Those briefs should be filed by Wednesday, March 19, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: March 18, 2025

VINCE CHHABRIA
United States District Judge